| UNITED STATES DISTRICT COURT | | EASTERN DISTRICT OF TEXAS |
|---|---|---|

CHANDLER KYLE VENTRESS, §
§
    Plaintiff, §
§
*versus* § CIVIL ACTION NO. 1:23-CV-170
§
SHERIFF, JEFFERSON COUNTY, *et al.*, §
§
    Defendants. §

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Chandler Kyle Ventress, an inmate confined at the Connally Unit with the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants Sheriff, Jefferson County, and the Jefferson County District Attorney. The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On August 1, 2023, the magistrate judge entered a Report and Recommendation (#4) in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). To date, Plaintiff has not filed objections to the report.

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#4) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
**Sep 22, 2023**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE